# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAMARINE RESTAURANT, a California company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00890-JAM-KJN<br><br>Hon. John A. Mendez<br>Courtroom 6, 14th Floor<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint filed: May 25, 2022<br>Trial Date: None set |

IT IS HEREBY ORDERED THAT Defendant's deadline to file a responsive pleasing to Plaintiff's Complaint shall be extended by 30 calendar days to August 15, 2022.

IT IS SO ORDERED.

Dated: July 19, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT COURT JUDGE