1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10  DANIEL CERVANTES, individually
and on behalf of all others similarly

11  situated,

12        Plaintiff,

13     v.

14  TAMARINE RESTAURANT, a
California company; and DOES 1-10,

15  inclusive,

16        Defendants.

17

CASE No. 2:22-cv-00890-JAM-KJN

Hon. John A. Mendez
Courtroom 6, 14th Floor

**ORDER EXTENDING TIME FOR
DEFENDANT TO RESPOND TO
INITIAL COMPLAINT**

Complaint filed:    May 25, 2022
Trial Date:          None set

18

19

20     IT IS HEREBY ORDERED THAT Defendant's deadline to file a responsive

pleading to Plaintiff's Complaint shall be extended by 30 calendar days to September

21

15, 2022.

22
     IT IS SO ORDERED.

23

24
DATED:  August 17, 2022          /s/ John A. Mendez

25                                THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE
26

27

28