WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TAMARINE RESTAURANT, a California corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-00890-JAM-KJN<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS AND ALL RELEVANT DEADLINES** |

ORDER

As a result of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS as follows:

1. The Hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is continued from January 24, 2023, to February 14, 2023;
2. Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is hereby continued to January 18, 2023;
3. Defendant's Reply Brief in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is continued to January 27, 2023.

**IT IS SO ORDERED**

Dated: December 23, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE